STEVEN MITNICK, ESQ.
SM FINANCIAL SERVICES CORPORATION
P.O. Box 503
Oldwick, New Jersey 08858
(908) 572-7275

---

| | |
|---|---|
| In Re:<br>MISSION FIBER GROUP, INC.<br><br>       Debtor.<br><br>DAVID A. BIRDSELL, CHAPTER 7 TRUSTEE,<br><br>       Plaintiff,<br>   vs.<br><br>DAVID SCOTT ANDERSON (aka SCOTT ANDERSON);<br>JANE DOE ANDERSON, MORRIS WAYNE HILLERS<br>(aka WAYNE HILLERS); JANE DOE HILLERS<br><br>      Defendants. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA<br><br>Case No. CV 12-2331-PHX-JAT<br><br>Bankruptcy Case No. 2:10-bk-15761-SSC<br>Adv. Proc. No. 2:11-ap-01455-SSC<br><br>**ASSIGNMENT OF DEFAULT JUDGMENT AGAINST DAVID SCOTT ANDERSON AKA SCOTT ANDERSON AND TONI DEE ANDERSON AKA JANE DOE ANDERSON** |

I, David A. Birdsell, Trustee and Plaintiff in the above entitled proceeding, do hereby assign all my right, title and interest in and to the Default Judgment against David Scott Anderson a/k/a Scott Anderson and Toni Dee Anderson a/k/a Jane Doe Anderson, husband and wide and each of them, dated July 9, 2013, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____

DAVID A. BIRDSELL, CHAPTER 7 TRUSTEE OF
THE BANKRUPTCY ESTATE OF MISSION FIBER
GROUP, INC.

Date:

Subscribed and sworn to
before me on this 30th day
of September , 2014

_____
Notary Public



SHYLA INGRAM
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 27, 2017

**FILED**

OCT 1 7 2014

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA